The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM SULLIVAN, a single man,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLALLAM COUNTY PUBLIC HEALTH DISTRICT NO. 2, d/b/a OLYMPIC MEDICAL CENTER, a Washington Municipal Corporation, and IOD, Inc., a foreign corporation,<br><br>　　　　　　　　Defendants. | No. 3:16-cv-05280 RJB<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF IOD, INC. (CIOX HEALTH, LLC) |

Pursuant to Fed. R. Civ. P. 7.1(a) and L.R. 7.1, defendant IOD Inc. (now part of CIOX Health, LLC by way of merger), by and through its counsel, hereby certifies as follows:

On or about July 1, 2015, IOD, Inc. merged with several other entities to become part of what is now CIOX Health, LLC ("CIOX"), and IOD, Inc. no longer exists as a separate legal

/ / / /

/ / / /

/ / / /

CORPORATE DISCLOSURE STATEMENT (3:16-cv-05280 RJB) - 1
DWT 29294935v1 0094753-000003

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1
2  entity. The members of CIOX are Smart Holdings Corp. and CT Technologies Intermediate Holdings, Inc, neither of which is publicly traded.

3  DATED this 19th day of April, 2016.

4
5
                              Davis Wright Tremaine LLP
                              Attorneys for Defendant IOD Inc.
                              (now CIOX Health, LLC)
6
7                             By   *s/ Brad Fisher*
                                  Brad Fisher, WSBA #19895
8                                 Samantha E. Funk, WSBA #43341

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CORPORATE DISCLOSURE STATEMENT (3:16-cv-05280 RJB) - 2
DWT 29294935v1 0094753-000003

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following using the CM/ECF system and a copy will be delivered to the following as indicated:

| | |
|---|---|
| Joseph B. Wolfley<br>Wolfley Law Office, P.S.<br>713 E First St<br>Port Angeles, WA 98362<br>Email: joseph@wolfleylawoffice.com<br>*Attorney for Plaintiff* | ☐ Via Messenger<br>☐ Via Federal Express<br>☒ Via Notice of Electronic Filing<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail |
| Curt R. Hineline<br>James R. Morrison<br>Baker & Hostetler LLP<br>999 3rd Ave Ste 3600<br>Seattle, WA 98104-4040<br>Email: chineline@bakerlaw.com<br>Email: jmorrison@bakerlaw.com<br>*Attorney for Clallam County Public Health District No. 2, d/b/a Olympic Medical Center* | ☐ Via Messenger<br>☐ Via Federal Express<br>☒ Via Notice of Electronic Filing<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail |

Dated this 19th day of April, 2016.

*s/ Brad Fisher*
Brad Fisher, WSBA #19895

CORPORATE DISCLOSURE STATEMENT (3:16-cv-05280 RJB) - 3
DWT 29294935v1 0094753-000003

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax